UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

In the Matter of:

Michael A. Hasberry,  }           Case No:
                      }           10-06116-TOM13
                      }
         Debtor.      }
                      }
                      }

ORDER DIRECTING PAYMENT OF UNCLAIMED FUNDS

The petition, of Brian J. Dilks, managing member of Dilks & Knopik, LLC, whose address is

35308 SE Center Street, Snoqualmie, WA 98065-9216, was filed on behalf of Michael A. Hasberry, for

payment of funds held in the Registry of the Court under 11 U.S.C. § 347 and 28 U.S.C. § 2041. The

petition has been verified, funds are on hand to disburse, and proof made that the Petitioner has been

given the power of attorney to receive said funds owed to the Debtor(s). Proper notice was given to the

United States Attorney, Northern District of Alabama, and no objections having been made to the entering

of this order,

It is therefore ORDERED ADJUDGED and DECREED that:

For good cause shown and on the verified petition filed and presented to the

court, the Clerk of this Court is directed to pay Michael A. Hasberry c/o Dilks & Knopik, LLC, 35308 SE Center Street, Snoqualmie, WA 98065-9216 the sum of $771.89, in accordance with the averments of said petition, and that said check be sent by United States mail to the above named petitioner.

Dated: 5/9/16

*[signature]*
TAMARA O. MITCHELL
United States Bankruptcy Judge